UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> OOMIAY LLC, a California Limited Liability Company; SOHEIL SASSONIAN, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 2:24-cv-00896-MWF(KESx) <br><br> **ORDER GRANTING STIPULATION RE PERMANENT INJUNCTION** |

WHEREAS Plaintiff Chrome Hearts LLC ("Chrome Hearts" or "Plaintiff") has filed a Complaint in this action against defendants Oomiay LLC and Soheil Sassonian ("Defendants") alleging Trademark Infringement, False Designations of Origin, Common Law Trademark Infringement and Unfair Competition, and Unfair Competition in Violation of Cal. Bus. & Prof. Code § 17200 *et seq.*, all allegedly arising from Defendants' manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of certain jewelry products bearing identical, substantially indistinguishable, or confusingly similar reproductions of one or more of the Chrome Hearts Marks (attached hereto and incorporated herein as Exhibit 1) (such products will hereinafter be referred to as "Accused Products.").

Several exemplar photographs of the Accused Products are shown in ¶ 28 of the Complaint and reproduced below in Exhibit 2 for reference.

WHEREAS the Parties have entered into a Confidential Settlement Agreement to fully resolve all of the claims in this action among the Parties;

WHEREAS without any admission of liability, Defendants have agreed to consent to the below terms of a permanent injunction, and it is ORDERED THAT:

1. Defendants and their agents, servants, employees and all entities and/or persons in active concert and participation with Defendant are hereby permanently restrained and enjoined from infringing upon the Chrome Hearts Marks, including, but not limited to:

    a. manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing, or otherwise incorporate in advertising or marketing the Accused Products and/or any other products bearing marks that are identical, substantially indistinguishable, or confusingly similar to the Chrome Hearts Marks;

    b. delivering, holding for sale, returning, transferring, or otherwise moving, storing, or disposing in any manner the Accused Products and/or any other products bearing marks that are identical, substantially indistinguishable, or confusingly similar to the Chrome Hearts Marks;

    c. engaging in any other activity constituting unfair competition with Chrome Hearts, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Chrome Hearts;

    d. committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Chrome Hearts; and

    e. knowingly assisting, aiding, or attempting to assist or aid any other

person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a)-(d) above; and

  f. knowingly affecting any transactions, assignments or transfers, or form new entities or associations to circumvent the prohibitions referred to in Paragraphs 1(a)-(d) above.

WHEREAS the Parties further stipulate to the following, and it is HEREBY FURTHER ORDERED THAT:

2. This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3. The execution of this Stipulation/Order shall serve to bind and obligate the parties hereto.

4. Upon satisfaction of other obligations set forth in the Confidential Settlement Agreement and Release, the Parties will stipulate to, and Plaintiff will file a separate *Dismissal with Prejudice of the Civil Action*.

5. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the enforcement of this Stipulation/Order.

6. The Order to Show Cause (Docket No. 34) is **VACATED**.

7. The parties shall file a stipulated dismissal or a joint status report no later than **JUNE 20, 2025**.

**IT IS SO ORDERED.**

Dated: March 20, 2025

         MICHAEL W. FITZGERALD
         United States District Judge

# EXHIBIT 1

| Chrome Hearts' Mark | U.S. Reg. No. | Reg. Date | Goods/Services |
|---|---|---|---|
| "CH Plus" | 3,385,449 | 02/19/2008 | 014: Jewelry, namely, bracelets, rings, watch bands, necklaces, and lighters made of precious metals |

# EXHIBIT 2



